UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DONALD SMITH<br><br>             Plaintiff(s),<br>  v.<br>TAKEDA PHARMACEUTICALS<br><br>             Defendant(s).<br>_____/ | No. C 11-06270 MEJ<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On January 11, 2012, Plaintiffs electronically filed a Motion to Remand. Dkt. No. 8. However, Plaintiffs failed to comply with General Order 45 and the Court's Standing Orders by not delivering to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Plaintiffs shall immediately submit a chambers copy of the above-referenced documents. **ALL CHAMBERS COPIES MUST INCLUDE: (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.**

In addition, Plaintiffs shall submit (but not e-file) a declaration which attests that: (1) the party read this Order in its entirety; and (2) the submitted chambers copies include the running header created by the ECF system and all exhibits with label tab dividers for each exhibit.

**IT IS SO ORDERED.**

Dated: January 17, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge